UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EDWARD REICHERTER,

|                                    |                       |
| :--------------------------------- | :-------------------- |
| Plaintiff,                         | 15-cv-3879            |
|                                    | (JMA)                 |
| -against-                          | **Notice of Motion**  |
| THE TOWN OF HEMPSTEAD,             |                       |
| Defendant.                         |                       |

-----------------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the annexed declaration of Donna A. Napolitano, Esq., affirmed on the 17th day of June, 2019, the exhibits annexed thereto in support of this motion, Defendant's Rule 56.1 Statement, and Defendant's Memorandum of Law, and upon all of the prior proceedings had herein, Defendant, the Town of Hempstead, will move this Court, on a date and at a time to be designated by the Court, before the Honorable Joan M. Azrack, United States District Court Judge, at the United States Courthouse, Eastern District of New York, 100 Federal Plaza, Central Islip, New York, for an Order granting summary judgment to Defendant, and such other, further and different relief as appears just and proper.

Dated: Garden City, New York
      June 17, 2019

                                          BERKMAN, HENOCH, PETERSON,
                                          PEDDY & FENCHEL, P.C.

                                          By:_____/s/_____
                                          Donna A. Napolitano
                                          *Special Counsel to Town of Hempstead*
                                          100 Garden City Plaza
                                          Garden City, New York 11530
                                          (516) 222-6200

To:    Jonathan A. Tand, Esq.
        Raiser & Kenniff
        300 Old Country Road, Suite 315
        Mineola, New York 11501