# EXHIBIT "C"

1

2    UNITED STATES DISTRICT COURT

3    EASTERN DISTRICT OF NEW YORK

4    - - - - - - - - - - - - - - - - - - - -X

5    EDWARD REICHERTER,                                    :

6                                    Plaintiff,      :

7                -against-                                  :

8    TOWN OF HEMPSTEAD,                                     :

9                                    Defendant.      :

10   - - - - - - - - - - - - - - - - - - - -X

11

12                              100 Garden City Plaza
                                Garden City, New York
13
                                August 20, 2018
14                              10:23 o'clock a.m.

15

16

17            DEPOSITION of EDWARD REICHERTER, the

18   Plaintiff herein, taken by the Defendant,

19   pursuant to Notice, held at the above-mentioned

20   time and place, before Patricia Severin, a

21   Notary Public of the State of New York.

22

23                         *      *      *

24

25


SEVERIN & ASSOCIATES, INC.   516 628-1402

```
1                    Edward Reicherter              15

2       your CDL, your ramset certificate and your

3       certificate for operating a forklift through

4       the Town of Hempstead; is that correct?

5            A     Yes.

6            Q     Now was that a course provided by

7       the Town?

8            A     Yes.

9            Q     Was it one course, multiple courses

10      or something else?

11           A     One course.

12           Q     Did you have to take any followup

13      courses after those initial courses, in order

14      to maintain those certificates?

15           A     No.

16           Q     Are you currently employed?

17           A     Yes.

18           Q     And who are you employed by?

19           A     Town of Hempstead Parks and

20      Recreation.

21           Q     Other than the Town are you

22      currently employed by anyone else?

23           A     No.

24           Q     Currently what is your title with

25      the Town of Hempstead?
```

SEVERIN & ASSOCIATES, INC.   516 628-1402

1                    Edward Reicherter                16

2          A      Park Supervisor 3.

3          Q      Currently, as we sit here today,

4    what are your duties as a park supervisor 3?

5          A      Right now I'm working for tech

6    services in the construction part of the Town

7    of Hempstead.

8          Q      And what are your daily job

9    responsibilities in that role?

10         A      Construction work, cement work,

11   carpentry, just about -- painting.  Just about

12   anything that coincides with construction in

13   the Town of Hempstead.

14         Q      So when you say construction in the

15   Town of Hempstead, will you go to various

16   buildings within the Town in order to perform

17   this construction work?

18         A      Yes.

19         Q      And currently who is your

20   supervisor at tech services?

21         A      Terrence Murray.

22         Q      Do you know what his title is?

23         A      I believe he's got the same title I

24   do.

25         Q      When did you first become employed

SEVERIN & ASSOCIATES, INC.  516 628-1402

1              Edward Reicherter              17

2      by the Town of Hempstead?

3           A      November of 19 -- full time or part

4      time?

5           Q      Let's start with part time.

6           A      Part time?  I'm going to say it was

7      the summer of '82, 1982, part time.

8           Q      Were you a seasonal worker in the

9      summer of '82, or a part-time worker, if you

10     know?

11          A      I don't know.  I don't think they

12     had it back then.  I don't think they had

13     seasonal/part-time back then.

14          Q      Okay.  For the purposes of the

15     deposition I'm just going to say that you had a

16     part-time position with the Town,

17     notwithstanding the current distinction in the

18     Town between a part-time employee and a

19     seasonal employee.

20          A      Okay.

21          Q      Do you understand?

22          A      I understand, yes.

23          Q      Okay.  So when you were a part-time

24     employee with the Town what were your work

25     hours?

Edward Reicherter                    18

1

2    A      At the beach I was 6:00 to 2:00,

3    7:00 to 3:00.

4    Q      Did you work anywhere other than

5    the beach?

6    A      Yes.

7    Q      Where else did you work?

8    A      I was at Echo Park.

9    Q      And what was your shift at Echo

10   Park?

11   A      The shifts would -- it was open at

12   7:00 in the morning and closed 10:00 at night.

13   So I could -- I worked any time in between

14   there when they needed -- as needed, being part

15   time.

16   Q      But you worked eight-hour shifts?

17   A      Eight-hour shifts.

18   Q      Now when did you become a full-time

19   employee of the Town of Hempstead?

20   A      November of 1985.

21   Q      And when you became a full-time

22   employee in 1985 what title did you hold with

23   the Town?

24   A      Laborer 1.

25   Q      How did you get your position with

Edward Reicherter 29

1

2      A     Yes.

3      Q     We're just going to go through

4  briefly to look at the titles that you've held

5  within the Town of Hempstead that you've just

6  testified to, just to refresh your

7  recollection; okay?

8      A     Thank you.

9      Q     Okay.  So at the top of the page

10  you'll see the very first row, it says November

11  12th, 1985, laborer 1.  That is the first

12  full-time title that you've held with the Town

13  of Hempstead; correct?

14      A     Correct.

15      Q     Okay.  And if you go about halfway

16  down the page, you'll see in the left-hand

17  column there's a date, it says August 8th,

18  1988.  And next to that it says maintenance

19  mason; do you see that?

20      A     Yes.

21      Q     Is that the next title that you

22  held with the Town of Hempstead after you were

23  a laborer 1?

24      A     Yes.

25      Q     Is that a tested position?

```
 1                    Edward Reicherter              30

 2         A       No.

 3         Q       Okay.  And how did you obtain that

 4    title?

 5         A       Through, I guess, my work ethic.

 6         Q       Your work ethic?

 7         A       Ethic, yes.

 8         Q       All right.  So you were appointed

 9    to the title of maintenance mason; correct?

10         A       Yes.

11         Q       Now if you turn to the second

12    page --

13         A       (Complying).

14         Q       (Continuing) -- which is Bates

15    stamped TOH-REICH00002, you'll see, again about

16    halfway down the page, in that first column on

17    the left, there's a date that says January

18    15th, 1996, and right next to that date it says

19    maintenance mechanic 2.

20                 Is that the next title that you

21    held after being a maintenance mason?

22         A       Yes.

23         Q       Okay.  Is that a tested position?

24         A       No.

25         Q       Okay.  That was also an appointed
```

SEVERIN & ASSOCIATES, INC.  516 628-1402

Edward Reicherter 31

1
2   position; correct?

3       A    Yes.

4       Q    Now if you go down the same page

5   you'll see a date in the column on the left

6   that says November 23rd, 1998.  And next to

7   that it says groundskeeper 3.

8          Is that the next title you held

9   after being a maintenance mechanic 2?

10      A    Yes.

11      Q    Is that a tested position?

12      A    No.

13      Q    So you were appointed to that

14   position; correct?

15      A    Yes.

16      Q    Okay.  If you turn to the next

17   page --

18      A    (Complying).

19      Q    (Continuing) -- this is the page

20   that's Bates stamped TOH-REICH00003, you see

21   towards the top of the page, in that left-hand

22   column, there's a date, it says August 14th,

23   2000, and next to it it says park supervisor 1.

24      A    Yes.

25      Q    Is that the next title that you

SEVERIN & ASSOCIATES, INC.  516 628-1402

```
 1                    Edward Reicherter            32

 2    held after being a groundskeeper 3?

 3         A     Yes.

 4         Q     Is that a tested position?

 5         A     Yes.

 6         Q     Do you recall when you took the

 7    test in order to obtain the park supervisor 1

 8    title?

 9         A     No.

10         Q     Now what were your job duties as a

11    park supervisor 1?

12         A     Office work, scheduling, ordering

13    equipment and supervising.

14         Q     How many employees did you

15    supervise at that time?

16         A     I don't know.

17         Q     As a park supervisor 1 were you

18    assigned to a specific park within the Town of

19    Hempstead?

20         A     Yes.

21         Q     Do you remember the names of any of

22    the parks that you were assigned to as a park

23    supervisor 1?

24         A     Hewlett Point Beach.

25         Q     If I said Hewlett Point Park --
```

1                    Edward Reicherter            33

2          A      Yes.

3          Q      (Continuing) -- would that

4   refresh--

5          A      Yes.

6          Q      (Continuing) -- your recollection?

7          A      Hewlett Point Park, yes.

8          Q      Any other parks?

9          A      Merrick Road Park.

10         Q      As a park supervisor 1 what kind of

11  office work did you do?

12         A      Sign documents, sign paperwork.

13         Q      Like what kind of paperwork?

14         A      Well, order forms, receipts.

15  That's all I could remember.

16         Q      Okay.  Now if we go back to what

17  has been marked as Defendant's Exhibit C, if

18  you stay on that third page that's Bates

19  stamped TOH-REICH00003, if you look towards the

20  bottom of that page, in that same left-hand

21  column we've been talking about, you'll see the

22  date of November 17th, 2004, and next to that

23  date you will see it says park supervisor 2; do

24  you see that?

25         A      Yes.


                SEVERIN & ASSOCIATES, INC.  516 628-1402

```
 1                      Edward Reicherter              34

 2          Q       Is that the next title that you

 3    held after being a park supervisor 1?

 4          A       Yes.

 5          Q       Is that a tested title?

 6          A       Yes.

 7          Q       Do you recall when you took that

 8    test?

 9          A       No.

10          Q       What were your job duties as a park

11    supervisor 2?

12          A       The same as park supervisor 1.

13          Q       As a park supervisor 2 did you also

14    supervisor certain parks within the Town of

15    Hempstead?

16          A       No.

17          Q       You didn't?

18          A       No.

19          Q       So what did you do as a park

20    supervisor 2?

21          A       I was put in a park as a laborer.

22    I was put back as a laborer in a park.

23          Q       If you look back at Defendant's

24    Exhibit C it says you began working as a park

25    supervisor 2 in November of 2004; is that
```

SEVERIN & ASSOCIATES, INC.   516 628-1402

1                          Edward Reicherter                    45

2          Q       After you were park supervisor 2

3     did you then become a park supervisor 3?

4          A       Yes.

5          Q       Now is that a tested position?

6          A       Yes, it is.

7          Q       Do you recall when you took that

8     test?

9          A       No.

10         Q       Do you recall when you began

11    working within the title of park supervisor 3?

12         A       Probably within May 6th, that --

13    May 6th.

14         Q       So sometime in May, 2009 --

15         A       Yes.

16         Q       (Continuing) -- correct?

17                 Just wait until I finish the

18    question.

19                 In May of 2009, when you became a

20    park supervisor 3, were you still working

21    within Oceanside Park?

22         A       I don't remember.

23         Q       Okay.

24         A       I don't remember.

25                          MS. COSTELLO:  Off the


          SEVERIN & ASSOCIATES, INC.  516 628-1402

```
1                    Edward Reicherter                 62
2      Department.
3                    Do you see that?
4           A      Yes.
5           Q      When did you first become involved
6      in the East Rockaway Fire Department?
7           A      October of 1992.
8           Q      Were you a firefighter within the
9      department in October of 1992?
10          A      Yes.
11          Q      Okay.  When did you first become an
12     assistant chief within the fire department?
13          A      2006.
14          Q      Now I just want to clarify
15     something.  Going forward, when I say fire
16     department, I'm referring to the East Rockaway
17     Fire Department; okay?
18          A      Yes.
19          Q      Do you understand?
20          A      Yes.
21          Q      Okay.  You just testified that you
22     first became an assistant chief in 2006;
23     correct?
24          A      Correct.
25          Q      Within the fire department are
```

SEVERIN & ASSOCIATES, INC.  516 628-1402

```
 1                    Edward Reicherter                    69

 2          Q         Okay.  In paragraph 8 of the

 3   Complaint you indicate that you have served as

 4   chief of the department; do you see that in the

 5   document --

 6          A         Yes.

 7          Q         (Continuing) -- that's before you?

 8          A         Yes.

 9          Q         Okay.  When did you first become

10   chief of the East Rockaway Fire Department?

11          A         2010.

12          Q         Did you serve as chief just for

13   that year?

14          A         Yes.

15          Q         Did there come a time when you were

16   reelected chief of the department?

17          A         Yes.

18          Q         And when was that?

19          A         2014.

20          Q         And did you serve as chief just for

21   the year of 2014?

22          A         Yes.

23          Q         In 2015 were you elected as chief?

24          A         No.

25          Q         In 2015 were you elected as
```

```
1                    Edward Reichterter              71

2    date, and who was on the roster.

3         Q      Okay.  And in this paragraph you

4    state you started going on fire calls while you

5    were at Oceanside Park; correct?

6         A      Correct.

7         Q      When did you first start going on

8    fire calls as an employee of the Town of

9    Hempstead?

10        A      In 1992, when I joined the

11   department.

12        Q      When you joined the department as a

13   firefighter?

14        A      Yes.

15        Q      From 1992 through 2006, when you

16   were transferred to Oceanside Park, did you

17   attend fire calls while employed by the Town of

18   Hempstead?

19        A      Yes.

20        Q      So you would leave whichever park

21   you were assigned to at the time to attend a

22   fire call, and then return to work?

23        A      Only within the responding

24   district, yes.

25        Q      What's a responding district?
```

SEVERIN & ASSOCIATES, INC.   516 628-1402

```
 1                    Edward Reicherter                72

 2          A      I was told it was two miles radius

 3    of my responding area.

 4          Q      A two-mile radius from where?

 5          A      Wherever I was stationed at that

 6    time for the Town of Hempstead, or working.

 7          Q      So if you were stationed in

 8    Oceanside --

 9          A      Yes.

10          Q      (Continuing) -- was that within a

11    two-mile radius of the Village of East

12    Rockaway?

13          A      Yes, it is.

14          Q      So in Oceanside you would have

15    responded to fire calls because it was within

16    your responding district; correct?

17          A      Correct.

18          Q      Okay.  Now you just said that you

19    were told that your responding district was

20    within two miles of whichever park you were

21    assigned to in Hempstead; correct?

22          A      Yes.

23          Q      Who told you that?

24          A      I don't remember.

25          Q      Was it a Town employee?
```

```
1                    Edward Reicherter              74

2          Q      Did the Town of Hempstead have a

3    policy that allowed members of local fire

4    departments to attend fire calls during working

5    hours?

6          A      Not that I know of.

7          Q      Did the Town have an unwritten

8    policy that allowed members of local fire

9    departments to attend fire calls during work

10   hours?

11         A      Yes, unwritten.

12         Q      Unwritten?

13         A      Yes.

14         Q      What was this unwritten policy, to

15   the best of your recollection?

16         A      That if you're within your

17   responding area and the call comes in you're

18   allowed to go.  And that was before me, and

19   probably after me.

20         Q      Before me, meaning --

21         A      Before I was ever involved --

22         Q      Wait --

23         A      (Continuing) -- with the fire

24   department.

25         Q      (Continuing) -- until I finish the
```

SEVERIN & ASSOCIATES, INC.   516 628-1402

1                        Edward Reicherter                        79

2       knowledge I would say yes.

3            Q       And what was the sum and substance

4       of that conversation?

5            A       I don't remember.

6            Q       Did Mike Sullivan advise you that

7       you had to submit some kind of documentation

8       showing that you had responded to fire calls,

9       to him, when you responded to fire calls at

10      Oceanside Park?

11           A       Yes.

12           Q       And did you submit documentation to

13      him, showing that you did in fact respond to

14      fire calls --

15           A       Yes.

16           Q       (Continuing) -- while at Oceanside

17      Park?

18           A       I'm sorry, yes.

19           Q       What kind of documentation did you

20      submit to him?

21           A       The call sheet.

22           Q       The fire call sheet that we talked

23      about earlier?

24           A       Yes.

25                        MS. COSTELLO:   Would mark


                   SEVERIN & ASSOCIATES, INC.   516 628-1402

1                          Edward Reicherter                    122

2          presence of a CSEA representative.

3                    Do you recall that?

4          A      Yes, during the time I signed it.

5          Q      So when you signed it was the first

6          time that this issue had been brought to your

7          attention; is that correct?

8          A      Correct.

9          Q      Okay.  Are you presently a coach

10         for the East Rockaway High School?

11         A      No.

12         Q      Were you a coach for the East

13         Rockaway High School at the time of this Notice

14         of Discipline and Charges which is dated

15         November 6th, 2009?

16         A      Yes.

17         Q      When did you first become a coach

18         for the East Rockaway High School?

19         A      That was my first.  I was just

20         employed at that time.  Probably August --

21         well, July of 2009.

22         Q      Now was that a summer position with

23         the school or was it meant to be for a longer

24         term?

25         A      Like a pre-derm (sic) summer.  But

SEVERIN & ASSOCIATES, INC.  516 628-1402

```
 1                   Edward Reicherter              127
 2      Ninivaggi told you that the Commissioner, Joe
 3      Bentivegna, said if you grieved this discipline
 4      you're fired; is that what your testimony is?
 5           A    Yes.
 6           Q    Did you ever speak to Joe
 7      Bentivegna about that?
 8           A    He would never take my calls or
 9      speak to me about it.
10           Q    But you did admittedly leave your
11      shift at the Town of Hempstead during working
12      hours to go work at the East Rockaway High
13      School District; correct?
14           A    Correct.
15           Q    Okay.  Did you meet with John
16      Ninivaggi in order to sign this Notice of
17      Discipline and Charges?
18           A    Yes.
19           Q    Was anyone else present at that
20      time?
21           A    No, he -- the CSEA representative
22      was asked to leave the room.
23           Q    And who asked the CSEA
24      representative to leave the room?
25           A    John Ninivaggi.
```

SEVERIN & ASSOCIATES, INC.   516 628-1402

Edward Reicherter                          129

1
2          Q       In that paragraph you state, In or
3    around July, 2010 Mayor Ed Sieban passed away.
4    Following Mayor Sieban's passing things changed
5    for the Plaintiff politically.
6                  Who was Ed Sieban?
7          A       He was the Mayor of the East
8    Rockaway -- Village of East Rockaway, and he
9    also worked for the Town of Hempstead Council
10   Room.
11         Q       Who did he work for?
12         A       The council, the Town of Hempstead
13   Council.
14         Q       The Town Board?
15         A       The Town Board.
16         Q       What was his position with the Town
17   Board?
18         A       I do not know.  I don't know if he
19   was -- I mean I don't know.
20         Q       Was he an executive assistant to a
21   council member?
22         A       I think to the whole board, to the
23   best of my knowledge.
24         Q       Okay.  Now in the second sentence
25   of that paragraph you state, Things changed for

SEVERIN & ASSOCIATES, INC.   516 628-1402

```
 1                    Edward Reicherter              130

 2     Plaintiff politically.

 3                    What does that mean?

 4          A       Well, he was the mayor and he was

 5     easy to work with, and we were both from the

 6     same political party together.  And after that

 7     had happened they wanted to run another mayor

 8     for his position.  And being that I was chief

 9     of the department at the time I had to stay

10     bipartisan mutual, because if this side won, I

11     would have to work -- if one side or the other

12     side won the election, being chief of the

13     department I had to work with either side, so I

14     stayed neutral within this election.  And I

15     live in the Town of Hempstead, I don't live in

16     the Village, so I can't vote anyway.

17          Q       You just said that you were in the

18     same political party as Ed Sieban; correct?

19          A       Correct.

20          Q       And which political party is that?

21          A       The Republican Party.

22          Q       Are you currently still involved

23     with the Republican Party?

24          A       No.

25          Q       When did you first become involved
```

```
 1                     Edward Reicherter                131
 2      in the Republican Party?
 3           A     1986 or '7.
 4           Q     In 1986 or '7 were you involved in
 5      the East Rockaway Republican Club?
 6           A     Yes.
 7           Q     Did you ever hold the position of
 8      committeeman with the East Rockaway Republican
 9      Club?
10           A     Yes.
11           Q     When did you first become a
12      committeeman?
13           A     1988, '89.
14           Q     Are you still a committeeman?
15           A     No.
16           Q     What were your duties as
17      committeeman?
18           A     Selling tickets.  Doing petitions,
19      signing -- get signatures on a petition.
20      Coordinate fundraising events for the
21      committee.
22           Q     How does one become a committeeman?
23           A     You get appointed.
24           Q     Who appointed you as a
25      committeeman?
```

```
1                    Edward Reicherter              142

2    three.

3         Q     Okay.  Now it goes on to state,

4    Plaintiff did not go on fire calls while

5    holding this position.  Newbridge Road Park is

6    located outside of the responding districts.

7               Do you see that?

8         A     Yes.

9         Q     So earlier you discussed that if

10   you were located within a park that was within

11   two miles of East Rockaway, you were able to

12   attend fire calls; correct?

13        A     Correct.

14        Q     Now since Newbridge Road Park was

15   located outside of that two-mile radius, you no

16   longer went on fire calls during that time;

17   correct?

18        A     Correct.

19        Q     When you were supervisor of

20   Newbridge Park?

21        A     Correct.

22        Q     Okay.  At the time that you became

23   supervisor of Newbridge Road Park what was your

24   civil service title?

25        A     Park supervisor 3.
```

Edward Reicherter                                    143

1
2          Q       While you worked as the supervisor
3     of Newbridge Road Park did you know an
4     individual by the name of Brian Dazzo?
5          A       He was one of my assistants in the
6     office.
7          Q       He was an assistant supervisor of
8     the park?
9          A       No.
10         Q       He was just an assistant?
11         A       Yes.
12         Q       Do you know what his civil service
13    title was?
14         A       At that time I believe -- I really
15    don't know.  I didn't know what his title was.
16         Q       Do you recall when you first met
17    Brian Dazzo?
18         A       When I was transferred on April
19    25th.
20         Q       So he was already working at
21    Newbridge Road Park at the time?
22         A       Yes.
23         Q       And that is April 25th, 2011;
24    correct?
25         A       Correct.


SEVERIN & ASSOCIATES, INC.   516 628-1402

Edward Reicherter                               158

1

2              Yes, in 2012.

3         Q    It was in 2012?

4         A    Yes.

5         Q    When you were transferred from

6    Newbridge to Shell Creek did your title change?

7         A    No.

8         Q    So you were still a park supervisor

9    3; correct?

10        A    Correct.

11        Q    When you were transferred from

12   Newbridge to Shell Creek did you receive a

13   decrease in pay?

14        A    No.

15        Q    Now if you look at paragraph 17 of

16   your Complaint, it's on page 5 --

17        A    (Complying).

18        Q    (Continuing) -- the second sentence

19   says, At such time Plaintiff was inexplicably

20   transferred to Shell Creek, Island Park, as a

21   backup supervisor to John Zappolo.

22             What were your duties you as a

23   backup supervisor?

24        A    Actually I think I was third in

25   charge.

| | | Edward Reicherter | 161 |

1

2　　A　　Mike Zappolo through John Zappolo.

3　　Q　　And who is John Zappolo?

4　　A　　The supervisor.

5　　Q　　The supervisor of --

6　　A　　Of Shell Creek.

7　　Q　　(Continuing) -- Shell Creek Park?

8　　　　　Wait until I finish.

9　　A　　I'm sorry.  I'm sorry.

10　　Q　　That's okay.

11　　　　　Of Shell Creek Park?

12　　A　　Yes.

13　　Q　　Now you had just mentioned that

14　there was already another assistant supervisor

15　of Shell Creek Park; correct?

16　　A　　Correct.

17　　Q　　Who was that individual?

18　　A　　I believe her name was Barbara, but

19　I don't remember her last name.

20　　Q　　Barbara Simms; does that refresh

21　your --

22　　A　　No.

23　　Q　　No?

24　　A　　No, she's recreation.

25　　Q　　Okay.

1                    Edward Reicherter                  167

2          A     Yes.

3          Q     Would they generally come after

4    3:00 o'clock or before 3:00 o'clock?

5          A     Both.

6          Q     Both, okay.

7                Did it depend on the time of the

8    year?

9          A     No.

10         Q     Okay.

11         A     Well, yes, I'm sorry.

12               In the spring, when the kids were

13   in school, they would come after 3:00 o'clock.

14         Q     Okay.

15         A     And then during the summer they

16   would start at 8:00 o'clock in the morning and

17   finish 8:00 o'clock at night.

18         Q     Okay.  I want to go back.  If you

19   look at, back to Exhibit L, the Complaint --

20         A     Uh-hum.

21         Q     (Continuing) -- if you look at

22   paragraph 18 --

23         A     Uh-hum.

24         Q     (Continuing) -- it says, Meanwhile,

25   Plaintiff's backup supervisor at the Newbridge

```
 1                    Edward Reicherter              168
 2       Road location, Brian Dazzo, became the new park
 3       supervisor.  This was especially curious, as
 4       Dazzo had far less qualifications than
 5       Plaintiff and had never before held a
 6       supervisory position.  Despite Dazzo's inferior
 7       employment history Defendant appointed him as
 8       park supervisor, over Plaintiff, at its
 9       Newbridge Road location.
10                    Do you see that?
11            A       Yes.
12            Q       You claim in this paragraph that
13       Mr. Dazzo had far less qualifications than you
14       in order to be the supervisor of Newbridge
15       Park; correct?
16            A       Correct.
17            Q       On what facts do you base that
18       belief?
19            A       Because I believe he was only put
20       in the park in January, which is four months
21       before I was put in the park in May.  And I
22       figure I have 35 -- at that time, probably 28
23       years in the Parks Department, where he had a
24       year and a half, not even.
25                    Now I'm not sure when he was
```

SEVERIN & ASSOCIATES, INC.   516 628-1402

|     | Edward Reicherter | 174 |

1               Edward Reicherter       174

2   Mr. Dazzo was previously a vice president of

3   JPMorgan Chase Bank?

4        A     No.

5        Q     If you look at paragraph 19 of the

6   Complaint --

7        A     (Complying), uh-hum.

8        Q     (Continuing) -- on that same page

9   that we've been looking at, The Plaintiff's

10   transfer put him back in responding distance

11   and Plaintiff proceeded to go on fire calls and

12   reported to his supervisor John Zappolo.

13        Do you see that?

14        A     Yes.

15        Q     When you first began working at

16   Shell Creek Park did you have a conversation

17   with John Zappolo about you attending fire

18   calls in East Rockaway?

19        A     Yes.

20        Q     When did that conversation occur?

21        A     Sometime after I was transferred

22   there.

23        Q     Do you recall the sum and substance

24   of that conversation?

25        A     No.  He knew I was chief, because I

175

Edward Reicherter

1   had the chief truck, and he says as long as I

2   call and report, he has no problem.

3

4        Q      Did he require you to submit fire

5   call sheets to prove that you had been on fire

6   calls?

7        A      No.

8        Q      He just wanted you to call him and

9   tell him that you were leaving the park to go

10  to a fire call; is that your testimony?

11       A      Yes.

12                   MS. COSTELLO:  Would you mark

13              this, please, as Defendant's

14              Exhibit X.

15                   (Above-described marked as

16              Defendant's Exhibit X, for

17              Identification, as of this date.)

18       Q      Okay, Mr. Reicherter, I am going to

19  show you an exhibit that's been marked as

20  Defendant's Exhibit X.  It's entitled Town of

21  Hempstead Department of Parks and Recreation

22  Inter-Department Memo.  It's Bates stamped

23  TOH-REICH00166.

24                   (Handing Defendant's Exhibit X to

25  the witness).

```
 1                    Edward Reicherter            184

 2              If you turn to paragraph 21, on the

 3    next page --

 4         A      (Complying).

 5         Q      (Continuing) -- it says, At such

 6    time Plaintiff took emergency leave from his

 7    duties with the Defendant.  Specifically,

 8    Plaintiff did not work from approximately

 9    November, 2012 to the beginning of January,

10    2013.

11              Do you see that?

12         A     Yes.

13         Q     What do you mean by emergency

14    leave?

15         A     Well, at the time that Hurricane

16    Sandy had hit, I got a call from my supervisor,

17    John Zappolo, telling me that Town Hall was

18    closed, and that we're not working that day,

19    that he'll be in touch with me.

20              At this time a week goes by, I

21    called John Zappolo, who I heard that everybody

22    was working overtime because of Hurricane

23    Sandy, and advised him that I'm available, I

24    could work overtime; he was working with the

25    Commissioner at the time, Joe Bentivegna.  He
```

```
1                        Edward Reichterter                185

2       said, I'll put the Commissioner on.

3                   The Commissioner would not get on

4       the phone.  Because I was going to ask him that

5       I was available, because I could use the

6       overtime to pay for the damages in my house.

7       He denied to get on the phone.

8                   And at this time I had asked my

9       supervisor John Zappolo to ask him if I could

10      have emergency vacation time, because I was

11      going to work on my house, and he granted me

12      the emergency vacation time, over the phone.

13          Q       When you say he granted you the

14      emergency vacation time over the phone, do you

15      mean John Zappolo or Commissioner Bentivegna?

16          A       Commissioner Bentivegna.

17          Q       Did you actually hear his voice

18      through the phone?

19          A       Yes.

20          Q       Now in order to take this emergency

21      leave did you have to use your vacation time?

22          A       Yes.

23          Q       Now let's back up a little bit.

24                  You just testified that shortly

25      after Sandy you spoke with John Zappolo and he
```

```
 1                    Edward Reicherter              200

 2     personally for Santino, do you mean that he was

 3     an employee of the Town, that worked for

 4     Santino?

 5          A     The Town of Hempstead.  He worked

 6     for the Town of Hempstead, for Santino.

 7          Q     Now at some point in time Anthony

 8     Santino became the supervisor of the Town of

 9     Hempstead; correct?

10          A     Correct.

11          Q     Was that in January, 2016, to your

12     knowledge?

13          A     No, it was November, I thought --

14     no, '17, I think.  I don't remember when he got

15     -- when he came, I don't remember.

16                    MR. TAND:  Can we go off the

17               record, for a second?

18                    (At this time there was a

19                 discussion held off the record.)

20                    MS. COSTELLO:  For the

21               record, counsel just had a

22               discussion off the record, wherein

23               we established that Anthony Santino

24               became Supervisor of the Town of

25               Hempstead in January of 2016.
```

SEVERIN & ASSOCIATES, INC.   516 628-1402

1                    Edward Reicherter                 230

2                    Exhibit CC.

3                         (Above-described marked as

4                    Defendant's Exhibit CC, for

5                    Identification, as of this date.)

6          Q      Okay, Mr. Reicherter, I am going to

7    show you what has been marked as Defendant's

8    Exhibit CC.  It is Bates stamped

9    TOH-REICH00454.

10                       (Handing Defendant's Exhibit CC to

11   the witness).

12                       Please take a look at it.

13         A      (Perusing the exhibit).

14                       Okay.

15         Q      Now this is a check dated December

16   17th, 2013 in the amount of $27,464.62;

17   correct?

18         A      Correct.

19         Q      Is this the check you received as

20   payment for your vacation time?

21         A      Yes, but not all.

22         Q      What do you mean yes, but not all?

23         A      This was only for fifty days, fifty

24   days on the books.  There was a discrepancy in

25   time, where they still owed me time for days

1                    Edward Reicherter                    237

2          Q       Now this document that we're

3    looking at is dated September 15th, 2016;

4    correct?

5          A       Correct.

6          Q       So according to page three of that

7    document, the sick time in relation to that

8    comp case was reinstated to you; correct?

9          A       Correct.

10          Q       And that was sick time that you

11    were owed, not vacation time; correct?

12          A       Correct.

13          Q       Okay.   That's all I have for that.

14                  Earlier we discussed that you were

15    terminated in August of 2013; correct?

16          A       Correct.

17          Q       Did you grieve that termination?

18          A       Yes.

19          Q       And that resulted in an

20    arbitration; correct?

21          A       Correct.

22          Q       What was the result of that

23    arbitration?

24          A       That I was reinstated back to be

25    park supervisor 3, with my salary, and back to

SEVERIN & ASSOCIATES, INC.   516 628-1402

```
 1                    Edward Reicherter              240
 2      Recreation building.  And then within that
 3      building there's different departments; there's
 4      personnel, there's cultural arts and then
 5      there's recreation, aquatics.
 6           Q      So you were within the recreation
 7      department within 200 Franklin Street; correct?
 8           A      Yes, 200.
 9           Q      And that's the Parks Administration
10      building; correct?
11           A      Correct.
12           Q      And what were your duties at that
13      time?
14           A      Answer telephones.
15           Q      What kind of calls did you answer?
16           A      I took scores for the fire
17      department softball team.
18           Q      What did you do with those scores
19      after you recorded them?
20           A      I put them in an envelope and I put
21      them in Laura Peniciotta (phonetic), who was
22      the field coordinator for the Town of
23      Hempstead, the athletic field coordinator.
24           Q      What was the purpose of recording
25      those scores?
```

```
1                    Edward Reichterter              244

2     misconduct for leaving the park without

3     permission, which park are you referring to in

4     that paragraph?

5          A      It would have to be Shell Creek or

6     Harbor Isle.

7          Q      Is this an incident that occurred

8     prior to your termination in August of 2013?

9          A      Yes.

10         Q      Do you recall when it occurred

11    prior to your termination in August of 2013?

12         A      I don't understand the question.

13         Q      This incident where the Town

14    alleged that you had left the park without

15    permission, did that occur at some point in

16    2013, before your termination in August?

17         A      Yes.

18         Q      Okay.  Did you receive a formal

19    discipline for this incident?

20         A      No.

21         Q      Okay.  After you were reinstated to

22    your position with Parks did you apply to take

23    the civil service exam for Special Park

24    District Supervisor?

25         A      Yes.
```

```
 1                    Edward Reicherter              253

 2     application fee was nonrefundable; correct?

 3          A      Correct.

 4          Q      Okay.  Did there come a point in

 5     time when you did sit for the exam for special

 6     park district supervisor?

 7          A      Yes, there was.

 8          Q      And when was that?

 9                    MR. TAND:  If you remember.

10          Q      If you remember.

11          A      Yeah, I don't remember the date.

12          Q      Was it this year?

13          A      '18?  No.

14          Q      It was 2017, to the best of your

15     knowledge?

16          A      (No verbal response).

17          Q      If you don't remember, that's fine.

18          A      I don't remember, yes.

19          Q      But at some point you did actually

20     sit for the exam; correct?

21          A      Yes.

22          Q      And no one prevented you from

23     sitting for that exam; correct?

24          A      Correct.

25          Q      Did you pass that exam?
```

```
 1                    Edward Reicherter            254

 2          A      No, I don't -- well, I don't think

 3    I did.  I never got any notification back from

 4    civil service yet.

 5          Q      You never received a notification

 6    from civil service?

 7          A      No.

 8                    MS. COSTELLO:  Off the

 9                    record.

10                    (At this time there was a

11                    discussion held off the record.)

12          Q      Earlier today you testified you are

13    currently working in tech services; correct?

14          A      Correct.

15          Q      You still hold the title of park

16    supervisor 3?

17          A      Correct.

18          Q      When did you first begin working

19    for tech services?

20          A      This is '18.  Right?

21          Q      Yes.

22          A      So it was July 25th, 26th, of '16,

23    to present.

24          Q      And what are your duties in that

25    role?
```

```
1                    Edward Reicherter              261

2                    MR. TAND:  We'll take that

3            under advisement.

4                    THE WITNESS:  Thank you.

5

6                    (Time noted:  4:45 p.m.)

7

8

9       I have read the foregoing transcript of my

10      deposition and find it to be true and accurate

11      to the best of my knowledge and belief.

12

13

14

15           EDWARD REICHERTER

16

17      Subscribed and sworn to

18      before me this 28 day

19      of September , 2018.

20

21

22      Notary

23      My Commission Expires_____

24

25
```

HOPE SENZER GABOR
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01GA4843233
Qualified in Suffolk County
Commission Expires August 31, 2021

SEVERIN & ASSOCIATES, INC.  516 628-1402