# EXHIBIT "D"

```
 1
 2   UNITED STATES DISTRICT COURT                    COPY
     EASTERN DISTRICT OF NEW YORK
 3   ------------------------------------------x
     EDWARD REICHERTER,
 4
 5                              Plaintiff,
                                                Civ. Case No.
 6              -against-                       15-CV-03878
 7
     TOWN OF HEMPSTEAD,
 8                              Defendant.
 9   ------------------------------------------x
                                    October 17, 2018
10                                  10:00 a.m.
11
12              DEPOSITION of ANTHONY J. SANTINO, a
13   Non-Party Witness, taken pursuant to Subpoena, held
14   at the law offices of Jonathan A. Tand & Associates,
15   1025 Old Country Road, Suite 314, Westbury, New
16   York, before Ellen Rubin, a Certified Shorthand
17   Reporter and Notary Public within and for the State
18   of New York.
19
20
21
22
                      SANDY SAUNDERS REPORTING
23              254 South Main Street, Suite 216
                    New City, New York 10956
24                       (845) 634-7561
25
```

```
 1                     A. Santino
 2   Elections.
 3          Q.    Okay.  Did there come a point in
 4   time where you worked for the Town of Hempstead?
 5          A.    Yes.
 6          Q.    What was your last job at the Town
 7   of Hempstead?
 8          A.    I was the supervisor of the Town of
 9   Hempstead.
10          Q.    That's an elected position,
11   correct?
12          A.    That's correct.
13          Q.    How many terms did you hold as
14   supervisor?
15          A.    One.
16          Q.    Prior to holding that position, did
17   you hold any other positions with the Town of
18   Hempstead?
19          A.    I was a councilman, an elected
20   councilman with the Town of Hempstead.
21          Q.    How many terms did you hold as a
22   councilman?
23          A.    Well, four-year terms beginning in
24   1993, so one, two, three, four, five, six -- I
25   guess seven.
```

```
1                    A. Santino
2         A.    No, I was not.
3         Q.    Do you hold any degrees, like
4    college degrees, master's degrees or law
5    degrees?
6         A.    I have a bachelor's degree from
7    St. John's University.
8         Q.    What is that degree in?
9         A.    History with a minor in government.
10   It's a BA.
11              MR. TAND:  Off the record.
12              (Discussion is held off the
13         record.)
14        Q.    Are you a member of any Republican
15   clubs?
16        A.    I'm a member of the East Rockaway
17   Republican Club.
18        Q.    Do you hold any titles with that
19   club?
20        A.    I'm the -- well -- yeah, I am the
21   executive committeeman -- the executive
22   leader -- it's an interchangeable title -- of
23   the East Rockaway Republican Committee.
24        Q.    How long have you been the
25   executive --
```

```
 1                    A. Santino
 2        A.   Since 1990.
 3        Q.   How many people are in the East
 4   Rockaway Republican Club or Committee?
 5        A.   Committee?  There are 11 election
 6   districts and two per -- two committee persons
 7   per election district.  So a full complement is
 8   22.
 9        Q.   Do you hold any positions with the
10   Nassau County Republican Party?
11             MR. MACY:  Just repeat the
12         question.
13             MR. TAND:  Does he hold any
14         positions with the Nassau County
15         Republican Party?
16        A.   I am -- being the executive leader
17   of the East Rockaway Republican Committee makes
18   me a member of the Nassau County Republican
19   Executive Committee.  They are -- they go hand
20   in glove.
21        Q.   How does that work?  Like, what's
22   the relationship between -- can you kind of
23   explain it a little bit more?
24        A.   The Nassau County Republican
25   Committee has a number of -- divides the county
```

```
 1                    A. Santino
 2      A.    I have no idea.
 3      Q.    Robert Gaffney?
 4      A.    Robert Gaffney?
 5      Q.    Yes.
 6      A.    No.
 7      Q.    Okay.  Now, when you were the
 8 supervisor of the Town of Hempstead, did you
 9 have the ability to hire and fire people?
10      A.    When I was the supervisor -- I had
11 the ability -- the Town board hires and fires
12 people.  I could make recommendations to the
13 Town board, just as Town board members could
14 make recommendations.  But it's done -- I only
15 had one vote out of seven.  So I had no
16 unilateral authority to hire or fire anybody.
17      Q.    Let me ask you a question that you
18 are actually uniquely able to answer and it kind
19 of comes up a lot.  What are the exact powers of
20 the Town supervisor?
21      A.    The Town supervisor is the
22 day-to-day manager of Town affairs.  But the
23 Town supervisor is a member of a seven-member
24 Town board and has one vote equal to the voice
25 of all of the other members -- all the other
```

```
 1                       A. Santino
 2   Town councilpeople.
 3           Q.    So is it fair to say that the Town
 4   supervisor cannot override the will of the
 5   board?
 6           A.    That's correct.  There is no veto
 7   power or anything like that involved.
 8   Everything functions essentially as a -- by
 9   majority vote -- meaning seven people, you need
10   four to make a majority.
11           Q.    And as to the majority, the Town
12   supervisor can't just unilaterally impose his
13   will on the Town, correct?
14           A.    That's correct.
15           Q.    Do you know my client, Edward
16   Reicherter?
17           A.    Yeah, I do.
18           Q.    How long have you known
19   Mr. Reicherter?
20           A.    Probably 25 or so years, maybe a
21   little longer.
22           Q.    How would you describe your
23   relationship with Mr. Reicherter?
24           A.    Casual, community-oriented.  Not --
25   not personal friends or -- or anything like
```

```
 1                    A. Santino
 2   community.
 3          Q.     Do you know what other things he
 4   got involved in?
 5          A.     I remember him, at one point,
 6   saying that he was coaching a football team --
 7   whether it was a high school team, I don't
 8   remember the details of that -- that was
 9   requiring his presence at practices at the same
10   time that the committee met.  So that kind of
11   thing.  I believe he became very active in the
12   fire department.  So -- but it was really
13   because we met on Saturday mornings, meaning the
14   committee met on Saturday mornings, and I
15   remember clearly a conversation where he said to
16   me that because he was coaching some kind of
17   team, he was not available for a while.
18          Q.     Do you know if Mr. Reicherter held
19   any positions with the Town of Hempstead?
20          A.     He's an employee there.  I couldn't
21   tell you exactly, you know, what -- what
22   positions he had.
23          Q.     Do you know what department he
24   works in?
25          A.     Parks Department.  That I know.
```

```
                         A. Santino
 1
 2         A.    Yes.
 3         Q.    When did he pass away?
 4         A.    I don't remember exactly.
 5         Q.    Would it have been in the last five
 6   years?
 7         A.    Longer, I believe.
 8         Q.    If I were to say 2010, would that
 9   refresh your recollection?
10         A.    Could be right.
11         Q.    Okay.  And who is Fran Lenahan?
12         A.    Fran Lenahan was a village trustee
13   in East Rockaway and subsequently was elected
14   mayor.
15         Q.    Okay.  When Mr. Sieban passed away,
16   was he currently the mayor -- was he the mayor
17   of East Rockaway?
18         A.    At the time he passed away?
19         Q.    Yes.
20         A.    Yes, he was.
21         Q.    Was there an election to replace
22   him?
23         A.    Yes.
24         Q.    Did you support any candidate in
25   that election?
```

A. Santino

A. Yes.

Q. Who did you support?

A. Mr. Lenahan.

Q. And as such, did you campaign for Mr. Lenahan?

A. I didn't actively campaign, no. I supported him, but I didn't actively campaign for him.

Q. Did you try to help him get endorsements from local figures?

A. I -- I mean, I don't fully understand that question. But I mean, I -- I supported him. I did not actively campaign for him, you know. Did I -- did I recommend him, his candidacy, to people? The answer to that would be yes.

Q. Do you know who the fire chief was at that time?

A. Absolutely not.

Q. Do you know if Ed Reicherter was the fire chief at that time?

A. He was a fire chief. If it was at that time, I don't know.

Q. Is the fire chief an elected

```
 1                    A. Santino
 2       official conversation first.
 3            MR. MACY:  As part of the
 4       Republican Committee.  Okay.
 5       A.   I still don't understand the
 6  question.  You're going to have to clarify that.
 7  That's too broad.
 8       Q.   When Mr. Reicherter -- let me try
 9  to clarify a little bit more.
10            As you said, there was a point in
11  time where Mr. Reicherter was the fire chief,
12  correct?
13       A.   He was the fire chief at some
14  point, yes.
15       Q.   Yes.  That's what I'm asking.
16       A.   Right.
17       Q.   And while he was the fire chief,
18  there was probably some elections within the
19  Town of East Rockaway, right?
20            MR. MACY:  If you know.
21       Q.   If you know?
22       A.   Undoubtedly, but -- yes, okay.
23  Undoubtedly.
24       Q.   Did you ever ask him, as fire
25  chief, to support any specific candidates?
```

```
1                    A. Santino
2            MR. MACY:  Again, candidates for
3      the fire department or political
4      candidates?
5            MR. TAND:  Political candidates.
6      A.    I don't recall a one-on-one
7  conversation with him about anything like that.
8  I do -- I mean, would I have?  Do I recall
9  having a meeting of the East Rockaway Republican
10 Committee at which he may or may not have been
11 present in which the subject of who to support
12 in certain elections came up, and a vote was
13 taken?  I remember that.  He may have been
14 there, but I don't remember.
15     Q.    Who is Stan Lombardo?
16     A.    He is someone who was a -- he was a
17 member of the East Rockaway Republican
18 Committee.  And he was also, at some point, a
19 village trustee.
20     Q.    Okay.  How long have you known
21 Mr. Lombardo for?
22     A.    I can't quantify it.  Maybe 15
23 years.  Maybe somewhere in that general range.
24     Q.    Was Mr. Lombardo in the Republican
25 Club at the same time as Mr. Reicherter?
```

1                     A. Santino

2    A.    No.

3        MR. TAND: I have no further

4    questions at this time.

5        MR. MACY: Thanks, Jonathan. I

6    appreciate it.

7        (Time Noted: 10:47 a.m.)

8                * * *

11             ANTHONY J. SANTINO

13 Subscribed and sworn to

14 before me this 19th day

15 of November, 2018.

19   Notary Public

20 Ellen M. Muller
21 Notary Public, State of New York
No. 01MU6319794
Qualified in Nassau County
Commission Expires February 23, 2019