# EXHIBIT "E"

```
 1   UNITED STATES DISTRICT COURT
 2   EASTERN DISTRICT OF NEW YORK                    ORIGINAL
 3   ------------------------------------X
     EDWARD REICHERTER
 4
 5              Plaintiff,              Index No.
                                        15-CV-03878
 6         -against-
 7   TOWN OF HEMPSTEAD
 8
                Defendants.
 9   ------------------------------------X
10                        Burkman Henock Peterson
                          Peddy & Fenchel, P.C.
11                        100 Garden City Plaza
                          Garden City, New York 11530
12
13                        September 25, 2018
                          11:10 a.m.
14
15         EXAMINATION BEFORE TRIAL of JOSEPH ALBERT
16   BENTIVEGNA, a Defendant herein, taken by the Plaintiff,
17   pursuant to Article 31 of the Civil Practice Law &
18   Rules of Testimony, and Court Order, held at the
19   above-mentioned time and place, before Joanna Martinez
20   a Notary Public of the State of New York.
21
22
23              SANDY SAUNDERS REPORTING
           254 South Main Street, Suite 216
24              New City, New York 10956
                     (845) 634-7561
25
```

8

```
 1      A     I have not.
 2      Q     Okay.  Thank you.
 3      A     So I guess I'm not that good at this.
 4            MS. COSTELLO:  That's okay.
 5      Q     Okay.  Are you currently employed?
 6      A     No.
 7      Q     Okay.  What was the last job that you
 8  held?
 9      A     Town of Hempstead Department Parks of
10  Recreation Commissioner.
11      Q     Okay.  And when did you leave that
12  position?
13      A     Two years and nine months ago.
14      Q     So two years and nine months ago, so
15  that's going back two years.  It's 2016?
16      A     '16ish.
17      Q     And then nine months -- let's figure this
18  one out.  So it was in 2016?
19      A     I left -- I think it was January 1st or
20  around there.
21      Q     Okay.
22      A     2016, maybe a little before that.
23      Q     Okay.  And did you resign that position?
24      A     I retired.
25      Q     You retired.  And how long were you in
```

```
 1   that position as commissioner?
 2       A     Twelve years, I believe.
 3       Q     And before you were the commissioner did
 4   you have a prior job?
 5       A     I was a deputy commissioner.
 6       Q     With the town of Hempstead --
 7       A     Town of Hempstead Parks Department.
 8             MS. COSTELLO:  Just wait until she
 9   finishes the question.
10       Q     And how long were you deputy commissioner?
11       A     That I'm not sure.  It was -- let's see.
12   Somewhere around 1999, I believe.  Maybe a little
13   earlier actually.  It was definitely earlier.  I
14   don't really recall the date.
15       Q     Okay.  And prior to become being deputy
16   commissioner, did you have another job with the town
17   of Hempstead?
18       A     Yes.
19       Q     And when was that?
20       A     I was a park's maintenance supervisor.
21       Q     And approximately do you know what years
22   that was?
23       A     Again, you know it was a long time ago.  I
24   don't have the records in front of me but I don't
25   remember.
```

```
 1      Q    Do you remember when that was?
 2      A    No.
 3      Q    If I told you August 27th, 2013 would that
 4 sound about right?
 5      A    It could be.
 6      Q    Okay.  Did you have any involvement with
 7 his termination?
 8      A    His termination was handled by my
 9 deputies.
10      Q    And who were your deputies?
11      A    Mike Coppola, Raymond Ronon, and I'm
12 pretty sure that John Adnvani was still there.
13      Q    What year was that?  2013, August 27th?
14      A    It's possible.
15      Q    Do you have any knowledge of this prior to
16 him actually being terminated?
17      A    I knew that they were investigating a
18 situation with Ed.
19      Q    And what did you know about that?
20      A    I don't really recall the details but I do
21 believe that it was involved with him not staying at
22 the facility that he was assigned to.
23      Q    And what is the procedure for terminating
24 an employee?
25      A    Actually the deputies and the town
```

```
 1        Q    I understand.
 2        A    And not everyone of them were perfect, so
 3   there were a lot of issues that came across.
 4        Q    Okay.  So getting back to the progressive
 5   discipline, do you know what the progressive
 6   discipline process was?
 7             MS. COSTELLO:  Objection.
 8             You can answer.
 9        A    Written reprimand, suspension,
10   termination.
11        Q    Did you ever terminate anybody personally?
12        A    Not to my knowledge.
13        Q    Did you ever recommend anyone for
14   termination?
15        A    I don't recall ever recommending anyone
16   for termination, to be honest with you.  I'm trying
17   to think.  I don't remember anybody else who got
18   terminated to my recollection.
19        Q    During your entire career with the Town of
20   Hempstead --
21        A    People were terminated, I had nothing to
22   do with it.
23        Q    Right.  But during your entire career with
24   the Town of Hempstead you never had any involvement
25   with the termination of any employee?
```